UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL INSURANCE COMPANY, as
subrogor of University Furnishings          21-cv-9992 (JGK)
LP,

              Plaintiff,                    ORDER

    - against -

LAUFER GROUP INTERNATIONAL, LTD.
and YANG MING MARINE TRANSPORT
CORP.,
              Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 18, 2022.

SO ORDERED.
Dated:    New York, New York
         January 31, 2022

                                    John G. Koeltl
                               United States District Judge