# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com
Direct: 646-362-8919

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
PO Box 235
Fanwood, NJ 07023

February 16, 2022

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Federal Ins. Co v. Laufer Group and Yang Ming*
21cv9992 (JGK)
M&K Ref: 12/4502
Our File: 527-08(c)

Dear Honorable Judge Koeltl:

We represent the Plaintiff in the referenced matter.

As set forth in the Court's Order dated February 4, 2022 [Docket # 16], Your Honor intends to ask that Magistrate Judge Moses be assigned to this Case in order to coordinate discovery with the other pending cases involved in the M/V ONE APUS November 30, 2020 casualty and counsel herein intend to coordinate with counsel in the other pending cases regarding discovery. The parties assume that this Order supersedes the January 31, 2022 Order [Dkt # 14].

We also write to inform the Court that certain defendants filed a motion with the Multidistrict Litigation Panel to have all cases in the country be consolidated in the Southern District of New York for discovery purposes. [MDL Case No. 3028]. The MDL Panel has issued an order requiring a Response to the Motion be filed by March 3, 2022 and that any Reply be filed by March 10, 2022.

Finally, in respect to the conference currently scheduled for March 15, 2022, it is respectfully requested that Your Honor re-schedule the conference to another date. The undersigned, attorney for Plaintiff, has a conflict on that date.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*Martin Casey*

Martin F. Casey

cc:   Garth Wolfson, Esq.

---

**Handwritten annotations:**

Conference ADJOURNED TO THURSDAY, MAY 5, 2022, AT 2:30PM
DIAL-IN: (888) 363-4749
ACCESS CODE: 8140049.
SO ORDERED.
[signed] 2/17/22