UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL INSURANCE COMPANY,
AS SUBROGOR OF UNIVERSITY
FURNISHINGS LP,

          Plaintiff,

- against -

LAUFER GROUP INTERNATIONAL, LTD., ET AL.,

          Defendants.

---

21-cv-9992 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 5, 2022, is canceled. The parties are directed to submit a status report by May 5, 2022.

SO ORDERED.

Dated:    New York, New York
           April 27, 2022

                                            John G. Koeltl
                                    United States District Judge